HAMILTON RUBBER MANUFACTURING COMPANY, Appellant-Respondent, v. GREATER NEW YORK CARPET HOUSE, INC., Respondent-Appellant.— Orders unanimously affirmed, without costs. No opinion. Present — Martin. P. J., Glennon, Dore, Cohn and Callahan, JJ.

(March 9, 1945.)

In the Matter of NICHOLAS & Co., INCORPORATED, Importers, Petitioner, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority, Respondents.

*Per Curiam.* On this record we reach the conclusion that the Deputy Commissioner who conducted the hearings and heard the evidence properly dismissed all three charges against petitioner as there was no competent testimony to establish any of the charges.

What Bickart, president of Esbeco Corporation, did was not binding on petitioner unless petitioner was shown to have had knowledge and no competent evidence to establish that fact was adduced. On the whole record we reach the conclusion that the determination of the Authority is not supported by any substantial evidence.

In view of our conclusion on the main issue, it is unnecessary to rule on other issues raised.

The determination of the State Liquor Authority should be annulled, with fifty dollars costs and disbursements to the petitioner.

Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ., concur.

Determination of the State Liquor Authority of the State of New York unanimously annulled, with fifty dollars costs and disbursements to the petitioner. Settle order on notice.